UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:03CR48-01

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ELIAS ECHEVERRIA-MENDEZ, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on Defendant's pro se motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 709 to the Sentencing Guidelines (Document #584), filed February 2, 2008. However, Amendment 709 does not apply retroactively. Therefore, this amendment does not authorize a reduction in Defendant's sentence. United States v. Holmes, 2009 WL 3138859, *1 (4th Cir. 2009) (unpublished).

**WHEREFORE**, for the foregoing reasons, Defendant's motion to modify his sentence is **DENIED**.

Signed: December 7, 2009

Richard L. Voorhees
United States District Judge